IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-cr-160-MOC |
| | ) | |
| | ) | **BILL OF INFORMATION** |
| v. | ) | |
| | ) | Violations: 21 U.S.C. § 841(a)(1) |
| | ) | |
| | ) | |
| ERICK FERNANDO GARCIA-AZPEITIA | ) | |
| _____ | ) | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*(Possession with Intent to Distribute Fentanyl)*

On or about June 11, 2024, within the Western District of North Carolina, the defendant,

**ERICK FERNANDO GARCIA-AZPEITIA,**

did knowingly and intentionally possess with the intent to distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 21 U.S.C. §853. The defendant has or had a possessory or legal interest in the following property that is subject to forfeiture in accordance with §853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of information;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) or (b).

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
WILL WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY